# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

MARCELION SAVSEDA                                                                                PLAINTIFF

V.                                          1:05CV00041 SWW/HDY

RHONDA FAIRCLOTH, Jail Administrator,
Independence County Jail; TORI THOMPSON,
Assistant Administrator, Independence County
Jail; and MICHAEL WEBB, Jailer, Independence County Jail          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED THIS 1ST DAY OF NOVEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE